IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08-00213-01-CR-W-FJG |
| v. | ) | |
| | ) | |
| MICHAEL R. TOOMBS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 5, 2008, the Grand Jury returned a three count indictment against defendant Michael R. Toombs, Jr. Count One of the indictment charges that on or about June 23, 2008, defendant Toombs, aiding and abetting another, did knowingly take a motor vehicle from the person or presence of Chris Jackson, by means of force and violence or by intimidation, and at or during the time the defendant took said motor vehicle he intended to cause death or serious bodily injury. Count Two charges defendant Toombs with using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, that is, the crime of carjacking. Count Three charges that on or about June 23, 2008, defendant Toombs, having been convicted of a crime punishable by imprisonment for a term exceeding one year, possessed a firearm, to wit, a Rohm, Model RG-38S, .38 caliber revolver.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
     Government: Kathleen Mahoney
     Case Agent: ATF Special Agent Theodore Horton
     Defense: P.J. O'Connor

**OUTSTANDING MOTIONS**: None.

**TRIAL WITNESSES**:
     Government: 12 witnesses with stipulations; 15 witnesses without stipulations
     Defendant: No witnesses; the defendant may testify

**TRIAL EXHIBITS**:
     Government: 20 exhibits
     Defendant: No exhibits for the defendant

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
( X ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:  3 days**
 Government's case including jury selection:  2 ½ days
 Defense case: ½ day

**STIPULATIONS**:  Possible stipulations concerning the defendant's prior convictions, interstate nexus of the firearms and the chain of custody of evidence.

**UNUSUAL QUESTIONS OF LAW:** As of the date of the pretrial conference, the government had not given written notice of its intent to rely on 404(b) evidence[1].  However, defense counsel indicated that he would oppose any effort by the government to rely on 404(b) evidence.

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: Friday before the pretrial conference
Defense: Friday before the pretrial conference
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday,** December 3, 2008
**Please Note**: Jury instructions must comply with Local Rule 51.1

**TRIAL SETTING**: Criminal jury trial docket commencing December 8, 2008.
**Please note:** Government requests the second week of the docket due to the case agent being out of town during the first week of the docket.

**IT IS SO ORDERED.**

 /s/ Sarah W. Hays
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE

---

[1] The Trial Order, doc. # 19, directed the government to provide written notice of all prior and subsequent acts and convictions intended to prove knowledge, intent or other elements identified in
Rule 404(b) of the Federal Rules of Evidence no later than thirty days prior to trial.