IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-00213-01-CR-W-NKL |
| | ) | |
| MICHAEL R. TOOMBS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of United States Magistrate Judge Sarah W. Hays, to which no objection has been filed, the plea of guilty to Counts 1 and 2 of the Superseding Indictment are now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

   s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: December 31, 2008